Rev. 11/15/13

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Terry Lemann Glover**                                    Case No.  **16-11161**

              Debtor(s)                                                  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN          ☑ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

---

### Plan Summary

**A.**  The Debtor's Plan Payment is scheduled at_____**Variable Payments**_____  [ ☑ Pay Order, ☐ Direct Pay ]
for _____**60 months**_____.  The gross amount to be paid into the plan is _____**$125,680.00**_____.

**B.**  The Plan proposes to pay all allowed priority, special class and secured claims and approximately ___**6%**___ of the unsecured
allowed claims.  THIS PLAN DOES NOT ALLOW CLAIMS.  You must file a proof of claim to receive distributions under any plan.
Other than adequate protection payments, disbursements will begin after entry of an order of confirmation of the plan.

**C.**  Value of non-exempt assets _____**$0.00**_____.

**D.**  Current monthly income ____**$4,546.56**____, - expenses ____**$2,114.56**____ = available for plan ____**$2,432.00**____.

**E.**  The total amount to be paid into the Plan shall be increased for tax refunds as set forth in the Standing Order for Chapter 13 Case
Administration in this Division.  These additional receipts shall be disbursed according to the provisions of the Plan.  The IRS
or the Debtor(s) are directed to forward the refund to the Trustee.

### Special Plan Provisions

**Payment of attorney fees**
Michael Baumer will receive $1500 from available funds at the first disbursement after confirmation.  After that the monthly
payment will be $350.00.  The plan base and  fees provided herein include the confirmation bonus of $300.00 for obtaining
confirmation at the first hearing.  If confirmation is not obtained at the first hearing, the fees are reduced by $300.00.

**ESTIMATED distribution to general unsecured claims**
The percentage provided for in this plan to be paid to the general unsecured creditors is ESTIMATED.  The actual
distribution may be more or less depending on several factors over the life of the plan including, the actual percentage taken
as the trustee fee, the change in a conduit mortgage payment amount, amounts of actual claims filed, and/or  claims that are
not filed.

**Variable Plan Payments**
Plan payments increase in month 27 after 401(k) loan is paid off.

### Plan Provisions

### I. Vesting of Estate Property

Upon confirmation of the plan, all property of the estate shall not vest in the Debtor(s), and shall remain as property of the estate
subject to the automatic stay of 11 U.S.C. §362.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

Rev. 11/15/13

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:  **Terry Lemann Glover**

Case No.  **16-11161**

Debtor(s)

Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN          ☑ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

---

### II. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to assume the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to reject the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

### III. Specific Treatment for Payment of Allowed Claims

#### 1. DIRECT PAYMENTS BY DEBTOR TO CREDITORS; SURRENDER OF COLLATERAL

A. Debtor shall pay the following creditors directly:

| Creditor Name | Remarks | Debt Amount | Monthly Payment |
|---|---|---|---|

B. Debtor shall surrender the following collateral:

| Creditor Name / Collateral Surrendered | In Full Satisfaction (Yes/No) | Debt Amount |
|---|---|---|
| United Consumer Financial Services vacuum cleaner | No | $1,699.51 |

C. Creditor's Direct Communication With Debtors

Creditors whose claims are scheduled to be paid directly by the debtor(s), including creditors with claims secured by real property or vehicles, are authorized to send monthly statements to the debtor(s).  They are also authorized to communicate directly with the debtor(s) in response to a debtor's questions about monthly payments, escrow accounts, account balances, increases in monthly payments, and other routine customer service inquiries.

#### 2. PAYMENTS BY TRUSTEE

A. Administrative Expenses (including Attorney's fees)
*The Trustee may receive up to 10% of all sums received.*

| Creditor | Estimated Amount of Debt | Monthly Payment Amount |
|---|---|---|
| Law Office of Michael Baumer | $2,870.00 | Pay per Special Plan Provision |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

Rev. 11/15/13

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Terry Lemann Glover**                                   Case No.  **16-11161**

                                                      Chapter 13 Proceeding

        Debtor(s)

## DEBTOR(S)' CHAPTER 13 PLAN          ☑ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

B.  Ongoing Mortgage Payments

The Trustee shall pay all post-petition monthly mortgage payments on claims against real property that were delinquent on the petition date ("Ongoing Mortgage Payments").  The Ongoing Mortgage Payments will be in the amount stated in the allowed proof of claim or as fixed by Court order.  If the debtor makes a Plan payment that is insufficient for the Trustee to disburse all Ongoing Mortgage Payments required below, such payments will be disbursed in the order listed below.  The Trustee shall hold debtor payments until a sufficient amount is received to make a full Ongoing Mortgage Payment.  The debtor shall provide to the Trustee all notices received from Mortgage Creditors including statements, payment coupons, impound and escrow notices, default notifications, and notices concerning changes of the interest rate on variable interest rate loans.  The automatic stay is modified to permit Mortgage Creditors to issue such notices.  Changes to the monthly Ongoing Mortgage Payment or the addition of post-petition mortgage fees and charges shall be effectuated pursuant to the *Standing Order Relating to Ongoing Mortgage Payments in Chapter 13 Cases in the Austin Division.*

| Mortgage Creditor / Property Address | Monthly Mortgage Payment (proof of claim controls) | Monthly Late Charge | Interest Rate (for information only) | Payment Due Date (per contract) | Paid by Trustee OR Paid Direct by Debtor (select one) |
|---|---|---|---|---|---|
| Ocwen Loan Servicing, LLC 800 Lavaca Loop residence | $937.37 | | 4.625% | | Trustee |

C.  Secured Claims - Real Property; Mortgage Arrearage

The plan will cure pre-petition arrearage claims pursuant to the payment schedule set forth in the plan.  The amount of the mortgage arrearage claim to be paid through the plan will be the amount of the mortgage creditors' allowed proof of claim, unless a different amount is established by court order.  The amount set forth in the proposed plan and any subsequent order confirming the plan is an estimate only and is not binding on the Debtor(s) or the mortgage creditor and is not an admission on the part of the Debtor(s) nor does it prohibit the Debtor(s) from filing an objection to the mortgage creditor's claim.  Unless funds are available to pay all classes on a monthly basis, secured claims will be paid ahead of unsecured claims.

| Creditor / Property Address / Description of Collateral | Estimated Claim | Mo. Pmt or Method of Disbursement | Interest Rate (if applicable) | Other Remarks |
|---|---|---|---|---|
| Ocwen Loan Servicing, LLC 800 Lavaca Loop residence | $14,400.00 | Pro-Rata | 0% | |

Rev. 11/15/13

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Terry Lemann Glover**                                    Case No.  **16-11161**

                    Debtor(s)                                           Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN          ☑ *AMENDED*

## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

D.  Secured Claims - Personal Property; **Adequate Protection Payments;** *MOTIONS TO VALUE COLLATERAL*

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the full amount of the claim, as specified below, plus interest thereon at the rate specified in this Plan. FAILURE OF THE SECURED CREDITOR TO OBJECT TO THE PROPOSED VALUE WILL BE DEEMED ACCEPTANCE OF THE PLAN UNDER SECTION 1325(a)(5)(A).  Except for secured claims for which provision is made to pay the full amount of the claim notwithstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section III(2)(E).

In the first disbursement following the filing of a claim by a creditor holding an allowed claim secured by personal property, the Trustee shall commence making adequate protection payments in the amount set out below, unless otherwise ordered by the Court.  Such payments shall cease upon confirmation of the plan.

Unless funds are available to pay all classes on a monthly basis, secured claims will be paid ahead of unsecured claims.

| Creditor/Collateral | Adequate Protection Payment | Other Treatment/Remarks |
|---|---|---|
| Conn's Appliances Inc. television and refrigerator | $50.00 | |
| Santander Consumer USA Inc. 2015 Dodge Charger | $100.00 | |

The Debtor moves to value collateral described below in the amounts indicated.  The Debtor(s) declares, under penalty of perjury, that the foregoing values as stated in the above Motion and the Plan for the secured debt are true and correct and to the best of their knowledge represent the replacement value, pursuant to Section 506(a)(2), of the assets held for collateral.

**/s/ Terry Lemann Glover**

Terry Lemann Glover, Debtor

Objections to Valuation of collateral proposed by this plan must be filed no later than fourteen (14) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the plan. Following confirmation of the plan, monthly payments shall be made as follows:

| Creditor / Collateral | Est. Claim | Value of Collateral | Monthly Payment | Interest Rate | Pay Value of Collateral (OR) Pay Full Amount of Claim (select one) |
|---|---|---|---|---|---|
| Conn's Appliances Inc. television and refrigerator | $2,516.14 | $2,000.00 | Pro-Rata | 5% | Pay Value of Collateral |
| County Line Association 800 Lavaca Loop residence | $1,569.56 | $19,991.18 | Pro-Rata | 12% | Pay Full Amount of Claim |
| Santander Consumer USA Inc. 2015 Dodge Charger | $29,630.93 | $18,112.50 | Pro-Rata | 5% | Pay Full Amount of Claim |

Secured creditors shall retain their liens on the collateral which is security for their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or discharge under 11 U.S.C. Section 1328.  In addition, if this case is dismissed or converted without completion of the plan, such liens shall also be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

Rev. 11/15/13

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Terry Lemann Glover**                    Case No.  **16-11161**

Debtor(s)                                          Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN          ☑ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

E.  Priority Creditors

| Creditor | Estimated Amount of Debt | Payment Method 1. Before 2. After 3. Along With Secured Creditors | Monthly Payment or Method of Disbursement |
|---|---|---|---|
| | | | |

F.  General Unsecured Creditors, [including claims from rejection of contracts, leases and contracts for deed].  The Trustee will pay allowed general, unsecured claims unless otherwise ordered by the Court.  Unless otherwise provided below, payments to creditors with allowed general unsecured claims shall be made on a pro rata basis as funds become available after payment of other creditors.  It is estimated that distribution to the general unsecured creditors will commence in the ____**59th**____ month of the Plan.

G.  Cure claims on Assumed Executory Contracts, Contracts for Deed & Leases:

| Creditor | Estimated Amount of Debt | Payment Method 1. Before 2. After 3. Along With Secured Creditors | Monthly Payment or Method of Disbursement |
|---|---|---|---|
| | | | |

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,870.00** |
| Arrearage Claims | **$14,400.00** |
| Secured Claims | **$141,709.31** |
| Priority Claims | **$0.00** |
| Unsecured Claims | **$18,933.52** |
| Cure Claims | **$0.00** |

H.  Lien Avoidance under 11 U.S.C. § 522(f)

MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522(f)

Debtor moves to avoid the following liens that impair exemptions.  Objections to Lien Avoidance as proposed in this plan must be filed no later than fourteen (14) days prior to the confirmation hearing date.   If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the plan.  (Debtor must list the specific exempt property said lien impairs and the basis of the lien, i.e. judicial, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

Rev. 11/15/13

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Terry Lemann Glover**

Case No. **16-11161**

Debtor(s)

Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN ☑ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

### IV. General Information

<u>**Notice:**</u> **Local Rule 3002 provides, in part:**

*"Every Creditor filing a Proof of Claim in all cases shall transmit a copy with attachments, if any, to the Debtor's Attorney (or the Debtor if the Debtor is pro se)."*

**Limiting Notice After Deadline to File a Proof of Claim:**

For pleadings requiring notice on all creditors and filed after the deadline to file a proof of claim, parties in interest need only serve the Limited Notice List and the Limited Notice List shall include the following:

a. the United States Trustee for the Western District of Texas, Austin Division;

b. the Chapter 13 Trustee for the Western District of Texas, Austin Division;

c. the Debtor(s) unsecured creditors or their respective counsel, provided however that they filed a claim or notice of appearance;

d. all secured creditors in this case or their counsel;

e. all taxing authorities holding claims against the Debtor(s);

f. all parties who have, by notice of entry of appearance advised the Court and counsel for the Debtor(s) that they desire to receive notices herein;

g. government agencies required to receive notice under the Bankruptcy Rules and above-named.

Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. The deadline for the filing of objections to confirmation is fourteen (14) days prior to the confirmation hearing.

Respectfully submitted this date: __12/2/2016_____.


__/s/ Terry Lemann Glover_____

Terry Lemann Glover
800 Lavaca Loop
Elgin, TX 78621
(Debtor)


__/s/ Michael Baumer_____

Michael Baumer
7600 Burnet Road, Suite 530
Austin, TX 78757
Phone: (512) 476-8707 / Fax: (512) 476-8604
(Attorney for Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Terry Lemann Glover**                                    CASE NO   **16-11161**

                *Debtor(s)*                                             CHAPTER   **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $1,970.00 | 21 | $1,970.00 | 41 | $2,190.00 |
| 2 | $1,970.00 | 22 | $1,970.00 | 42 | $2,190.00 |
| 3 | $1,970.00 | 23 | $1,970.00 | 43 | $2,190.00 |
| 4 | $1,970.00 | 24 | $1,970.00 | 44 | $2,190.00 |
| 5 | $1,970.00 | 25 | $1,970.00 | 45 | $2,190.00 |
| 6 | $1,970.00 | 26 | $1,970.00 | 46 | $2,190.00 |
| 7 | $1,970.00 | 27 | $2,190.00 | 47 | $2,190.00 |
| 8 | $1,970.00 | 28 | $2,190.00 | 48 | $2,190.00 |
| 9 | $1,970.00 | 29 | $2,190.00 | 49 | $2,190.00 |
| 10 | $1,970.00 | 30 | $2,190.00 | 50 | $2,190.00 |
| 11 | $1,970.00 | 31 | $2,190.00 | 51 | $2,190.00 |
| 12 | $1,970.00 | 32 | $2,190.00 | 52 | $2,190.00 |
| 13 | $1,970.00 | 33 | $2,190.00 | 53 | $2,190.00 |
| 14 | $1,970.00 | 34 | $2,190.00 | 54 | $2,190.00 |
| 15 | $1,970.00 | 35 | $2,190.00 | 55 | $2,190.00 |
| 16 | $1,970.00 | 36 | $2,190.00 | 56 | $2,190.00 |
| 17 | $1,970.00 | 37 | $2,190.00 | 57 | $2,190.00 |
| 18 | $1,970.00 | 38 | $2,190.00 | 58 | $2,190.00 |
| 19 | $1,970.00 | 39 | $2,190.00 | 59 | $2,190.00 |
| 20 | $1,970.00 | 40 | $2,190.00 | 60 | $2,190.00 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:  **Terry Lemann Glover** _____          CASE NO.   **16-11161**

                              *Debtor*

_____          CHAPTER    **13**

                           *Joint Debtor*

## CERTIFICATE OF SERVICE

_____

   I, the undersigned, hereby certify that on December 8, 2016, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

        **/s/ Michael Baumer** _____
        Michael Baumer
        Bar ID:01931920
        Law Office of Michael Baumer
        7600 Burnet Road, Suite 530
        Austin, TX 78757
        (512) 476-8707

_____

| | | |
|---|---|---|
| A+ Federal Credit Union<br>xxxxx0-L70<br>PO Box 14867<br>Austin, TX 78761-4867 | AT&T Southwest<br>xxxxxx6xxx<br>PO Box 537104<br>Atlanta, GA 30353 | Capital Emergency Associates PA<br>xxxxxx6959<br>PO Box 96118<br>Oklahoma City, OK 73143-6118 |
| A+ Federal Credit Union<br>xxxxx0-L40<br>PO Box 14867<br>Austin, TX 78761-4867 | Austin Anesthesiology Group<br>xxxxxxxx6060<br>PO Box 535493<br>Atlanta, GA 30353-5493 | Cash Store<br>xxxx-xxx1462<br>2793 E. 7th St<br>Austin, TX 78702 |
| Airport Finance<br>xxxxxxxxxxxxx<br>3851 Airport Blvd, Ste 102<br>Austin, TX 78722 | Austin Radiological Association<br>P.O. Box 4099<br>Austin, TX  78765-4099 | Clinical Pathology Associates<br>xxxxxx-xCPAL<br>PO Box 28770<br>Austin, TX 78755-8770 |
| AT&T Mobility<br>xxxxxxxx<br>PO Box 650574<br>Dallas, TX 75265 | Austin Radiological Association<br>xx7802<br>P.O. Box 4099<br>Austin, TX  78765-4099 | Conn's Appliances Inc.<br>xxxxxxxxx<br>PO Box 2358<br>Beaumont, TX 77704 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Terry Lemann Glover**　　　　　　　　　　　　　　　　CASE NO.  **16-11161**
_____
　　　　　　　　　*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **13**
_____
　　　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Cottonwood Financial dba Cash Store<br>1901 Gateway Dr., Ste 200<br>Irving, TX 75038 | Law Office of Tony Pitts<br>PO Box 5369<br>Round Rock, TX 78683 | Office of General Counsel<br>xxxxxx1788<br>Hipolito Garcia Federal Bldg &<br>Courthous<br>615 E. Houston Street, Room 347<br>San Antonio, TX 78205 |
| County Line Association<br>xxxxxxxxACAL<br>c/o Pioneer Real Estate Srvcs<br>611 S Congress Ave, Ste 510<br>Austin, TX 78704 | McCreary, Veselka, Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78680 | Office of Litigation<br>xxxxxx1788<br>US Department of HUD<br>451 7th Street, SW, Room 10258<br>Washington, DC 20410 |
| Credit Management<br>xxxxxxxx<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | Medical Business Bureau, LLC<br>xxxxxxxxxxxxx5xxx<br>PO Box 1219<br>Park Ridge, IL 60068-7219 | Power Default Services, Inc<br>1000 Abernathy Rd NE<br>Bldg 400, Suite 200<br>Atlanta, GA 30328 |
| Deborah Langehennig<br>6201 Guadalupe<br>Austin, TX 78752 | Merchants & Professional Credit<br>xxxxxxxxx<br>PO Box 140675<br>Austin, Texas 78714 | Santander Consumer USA Inc.<br>xxxxxxx3xxx<br>dba Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-1245 |
| Enhanced Recovery Company<br>xxxxxxxx<br>PO Box 57547<br>Jacksonville, FL 32241 | NeuroTexas PLLC<br>3000 IH-35, Ste 600<br>Austin, TX 78705 | Second Round LP<br>xxxx3xxx<br>4150 Freidrich Lane, Ste 1<br>Austin, TX 78744 |
| IC System Inc<br>xxxxxxxx<br>PO Box 64378<br>St Paul, MN 55164-0378 | Ocwen Loan Servicing, LLC<br>xxxxxx1788<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | St David's Medical Center<br>xxxx7320<br>c/o Resurgent Capital Services<br>PO Box 1927<br>Greensville, SC 29602 |
| IC System Inc<br>xxxxxx6xxx<br>PO Box 64378<br>St Paul, MN 55164-0378 | Office of General Counsel<br>xxxxxx1788<br>801 Cherry Street<br>Suite 2500, Unit 45<br>Fort Worth, TX 76102 | St David's Medical Center<br>c/o Resurgent Capital Services<br>PO Box 1927<br>Greensville, SC 29602 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Terry Lemann Glover**                                        CASE NO.  **16-11161**

_____
                        *Debtor*

_____                  CHAPTER  **13**
                     *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

Terry Lemann Glover
800 Lavaca Loop
Elgin, TX 78621


Time Warner Cable Company
xxxxxxxx
P.O. Box 85100
Austin,  TX  78759


United Consumer Financial Services
xxxxxxxx
c/o Bass & Associates PC
3936 E.Ft. Lowell Rd. Suite 200
Tucson, AZ 85712


United States Attorney General
xxxxxx1788
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


United States Attorney/FHA
xxxxxx1788
601 NW Loop 410, Ste. 600
San Antonio,  TX  78316-5512

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry** | **Lemann** | **Glover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-11161** | | |

Check if this is:

☑ An amended filing

☑ A supplement showing postpetition chapter 13 income as of the following date:

**11/30/2016**
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | **Ground Ops Ramp Agent** | |
| **Employer's name** | **Southwest Airlines** | |
| **Employer's address** | **3600 Presidential Blvd** | |
| | Number  Street | Number  Street |
| | **Austin, TX 78719** | |
| | **Attention: Payroll Dept.** | |
| | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | **1996** | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$4,879.96** | |
| 3. | Estimate and list monthly overtime pay. | 3. + **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  **$4,879.96** | |

Official Form 106I                    **Schedule I: Your Income**                    page 1

Debtor 1   **Terry**                **Lemann**              **Glover**              Case number (if known)  __16-11161__
           First Name               Middle Name             Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................... ➔ 4. | **$4,879.96** | |
| 5. | List all payroll deductions: | | |
| | 5a.  **Tax, Medicare, and Social Security deductions**   5a. | **$1,014.50** | |
| | 5b.  **Mandatory contributions for retirement plans**   5b. | **$0.00** | |
| | 5c.  **Voluntary contributions for retirement plans**   5c. | **$100.00** | |
| | 5d.  **Required repayments of retirement fund loans**   5d. | **$211.10** | |
| | 5e.  **Insurance**   5e. | **$388.80** | |
| | 5f.  **Domestic support obligations**   5f. | **$0.00** | |
| | 5g.  **Union dues**   5g. | **$52.00** | |
| | 5h.  **Other deductions.**   Specify:  __parking__   5h.＋ | **$20.00** | |
| 6. | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | **$1,786.40** | |
| 7. | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7. | **$3,093.56** | |
| 8. | List all other income regularly received: | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**   8a. | **$0.00** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b.  **Interest and dividends**   8b. | **$0.00** | |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**   8c. | **$266.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d.  **Unemployment compensation**   8d. | **$0.00** | |
| | 8e.  **Social Security**   8e. | **$487.00** | |
| | 8f.  **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____   8f. | **$0.00** | |
| | 8g.  **Pension or retirement income**   8g. | **$0.00** | |
| | 8h.  **Other monthly income.**   Specify:  **See continuation sheet**   8h.＋ | **$700.00** | |
| 9. | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | **$1,453.00** | |
| 10. | **Calculate monthly income.**   Add line 7 + line 9.   10. | **$4,546.56** ＋ | ＝ **$4,546.56** |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.**   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | |
| | Specify: _____   11.  ＋ | | **$0.00** |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. | | **$4,546.56**  **Combined monthly income** |

13.  **Do you expect an increase or decrease within the year after you file this form?**

☐  No.

☑  Yes. Explain:  **Sister's contribution will end when she moves out 2/15/17.**

| Debtor 1 | **Terry** | **Lemann** | **Glover** | Case number (if known) | **16-11161** |
|----------|-----------|------------|------------|------------------------|--------------|
|          | First Name | Middle Name | Last Name |                        |              |

|                                              | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|----------------------------------------------|------------------|----------------------------------------|
| **8h.  Other Monthly Income (details)**      |                  |                                        |
| girlfriend's contribution                    | $400.00          |                                        |
| sister                                       | $300.00          |                                        |
| Totals:                                      | **$700.00**      |                                        |

**Fill in this information to identify your case:**

Debtor 1    **Terry**        **Lemann**         **Glover**
            First Name       Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number  **16-11161**
(if known)

Check if this is:

☑ An amended filing

☑ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:
   **11/30/2016**
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your
name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
            ☐ No
            ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**        ☐ No
                                        ☑ Yes. Fill out this information
    Do not list Debtor 1 and               for each dependent..................
    Debtor 2.

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 12 | ☐ No  ☑ Yes |
| son | 25 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include**       ☑ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)          Your expenses

4.  **The rental or home ownership expenses for your residence.**        4.  _____
    Include first mortgage payments and any rent for the ground or lot.

    **If not included in line 4:**

    4a.  Real estate taxes                                               4a.  _____

    4b.  Property, homeowner's, or renter's insurance                    4b.  _____

    4c.  Home maintenance, repair, and upkeep expenses                   4c.  _____ **$25.00**

    4d.  Homeowner's association or condominium dues                     4d.  _____ **$19.58**

Debtor 1 __Terry__      __Lemann__      __Glover__         Case number (if known) __16-11161__
     First Name       Middle Name       Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$182.02** |
| | 6b. Water, sewer, garbage collection | 6b. **$101.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$206.58** |
| | 6d. Other. Specify: __cell phones__ | 6d. **$216.00** |
| 7. | **Food and housekeeping supplies** | 7. **$500.00** |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$25.00** |
| 11. | **Medical and dental expenses** | 11. **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$52.38** |
| 14. | **Charitable contributions and religious donations** | 14. **$150.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. **$337.00** |
| | 15d. Other insurance. Specify: | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: | 17c. |
| | 17d. Other. Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |

| Debtor 1 | **Terry** | **Lemann** | **Glover** | | Case number (if known) | **16-11161** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify: _____     21.  **+** _____

**22.  Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$2,114.56** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$2,114.56** |

**23.  Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,546.56** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **–** **$2,114.56** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$2,432.00** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here: **None.**